IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMUEL LOUX,

    Plaintiff,

v.

PHILADELPHIA DEPARTMENT OF CORRECTIONS, C/O WILSON, WARDEN LAWTON and MAJOR MIRANDA,

    Defendants.

CIVIL ACTION
NO. 13-7185

## ORDER

**AND NOW**, this 29th day of September, 2015, upon consideration of Plaintiff's Complaint, and the Motion to Dismiss filed by Defendants Warden Lawton and Deputy Warden Miranda, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss of Defendants (Docket No. 9) is **GRANTED**;

2. The Complaint is **DISMISSED** without prejudice;

3. The Department of Corrections is **DISMISSED** from this action with prejudice;

4. Plaintiff may file an amended complaint within thirty (30) days of the date of this order if he can do so in accordance with the Federal Rules of Civil Procedure; and

5. If Plaintiff chooses to file an amended complaint which contains sufficiently specific information as to the identity of "C/O Wilson," a summons is to issue as to C/O Wilson, and service of the summons and Amended Complaint shall be made upon him by the U.S. Marshal Service.

                                                **BY THE COURT:**

                                                **/s/ Jeffrey L. Schmehl**
                                                **Jeffrey L. Schmehl, J.**